IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE GARRIN, III**                                                                                              **PETITIONER**
**ADC #162731**

V.                           Case No. 4:24-CV-00664-JM-BBM

**DEXTER PAYNE,**
**Director, Arkansas Division of Correction**                                                **RESPONDENT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Benecia B. Moore and the Response filed by Petitioner Bobby Lee Garrin, III ("Garrin"). After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

Garrin's Petition for Writ of Habeas Corpus, (Doc. 2), is DENIED and DISMISSED with prejudice. A Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE