# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BOBBY LEE GARRIN, III**                                                                                 **PETITIONER**
**ADC #162731**

V.                             Case No. 4:24-CV-00664-JM-BBM

**DEXTER PAYNE,**
**Director, Arkansas Division of Correction**                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

DATED this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE